IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVILLE PORRAS, | No. C 08-5252 CW (PR) |
|     Petitioner, | ORDER GRANTING REQUEST FOR A TEMPORARY STAY |
|     v. | |
| BEN CURRY, Warden, | (Docket no. 16) |
|     Respondent. | |

In an order filed on August 27, 2010, the Court granted Neville Porras' pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging the July 31, 2007 decision of the California Board of Parole Hearings (BPH) to deny him parole.  Docket no. 1.

On September 9, 2010, Respondent filed an application for a stay of the Court's Order and Judgment pending appeal or, alternatively, a temporary stay of the Order and Judgment to allow Respondent time to seek a stay in the Ninth Circuit.  Docket no. 16. According to Respondent's application, Petitioner's parole consideration hearing was scheduled to take place on September 16, 2010.  Id. at 2.

     Good cause appearing, Respondent's application is GRANTED IN PART.  The request for a stay pending appeal is denied.  The parole hearing shall be held as ordered, but Petitioner's release on parole pursuant to the Court's August 27, 2010 Order and Judgment is TEMPORARILY STAYED to permit Respondent time to seek a stay in the Ninth Circuit.  Pursuant to the rules of the circuit, Respondent must file an application for a stay in the Ninth Circuit within seven (7) days of this order.  <u>See</u> 9th Cir. R. 27-2 (rev. Dec. 1, 2009).  This Court's stay shall remain in effect only until the Ninth Circuit rules on Respondent's timely stay motion.

     IT IS SO ORDERED.

Dated:  9/17/2010                    _____
                                     CLAUDIA WILKEN
                                     United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NEVILLE PORRAS,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-05252 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Neville Porras E-37606
P.O. Box 689
YW-337
Soledad, CA 93960-0689

Dated: September 17, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3