IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVILLE PORRAS,<br><br>    Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>    Respondent.<br>_____/ | No. C 08-5252 CW (PR)<br><br>ORDER LIFTING TEMPORARY STAY; DIRECTING RESPONDENT TO FILE COMPLIANCE REPORT; AND ALLOWING PETITIONER TO SUBMIT COMPLETED IN FORMA PAUPERIS APPLICATION |

    In an Order dated August 27, 2010, the Court granted Neville Porras' pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging the July 31, 2007 decision of the California Board of Parole Hearings to deny him parole.

    In an Order dated September 17, 2010, the Court granted in part Respondent's application for a temporary stay of the Order and Judgment to allow Respondent time to seek a stay in the Ninth Circuit. According to Respondent's application, Petitioner's parole consideration hearing was scheduled to take place on September 16, 2010. In its Order, the Court stated, "The parole hearing shall be held as ordered, but Petitioner's release on parole pursuant to the Court's August 27, 2010 Order and Judgment is TEMPORARILY STAYED to permit Respondent time to seek a stay in the Ninth Circuit." (Sept. 17, 2010 at 1-2.) Respondent was directed to file an application for a stay in the Ninth Circuit

1 within seven days of the Order.

2     On September 24, 2010, Respondent filed a notice of appeal.
3 On September 27, 2010, the Ninth Circuit received Respondent's
4 notice of appeal and assigned it a Court of Appeals docket number,
5 10-17147.

6     To date, Respondent has not filed a motion to stay in the
7 Ninth Circuit.  Because Respondent did not timely move for a stay
8 in the Ninth Circuit, the temporary stay has expired and is lifted.
9 Within <u>seven (7) days</u>, Respondent must file a notice with this
10 Court reporting on the September 16, 2010 parole consideration
11 hearing and explaining Petitioner's current status and Respondent's
12 compliance with the Court's order.

13     The Court notes that Petitioner has moved in the Court of
14 Appeal for appointed counsel.  If he is financially qualified, this
15 Court will appoint counsel for Petitioner on appeal.  However,
16 Petitioner paid the $5.00 filing fee in this action, and has not
17 filed a completed application for leave to proceed <u>in forma</u>
18 <u>pauperis</u> so the Court cannot determine whether he meets the
19 financial requirements for appointment of counsel.  Accordingly,
20 within <u>fifteen (15) days</u>, Petitioner must file a completed
21 application for leave to proceed <u>in forma pauperis</u> along with his
22 Certificate of Funds and his prisoner trust account statement for
23 the past six months.
24 //
25 //
26 //
27
28

2

1  //
2
3      The Clerk of the Court is directed to send Petitioner a blank
4  prisoner in forma pauperis application along with a copy of this
5  Order.
6      IT IS SO ORDERED.
7  Dated: 10/8/2010                 _____
                                    CLAUDIA WILKEN
8                                   United States District Judge

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NEVILLE PORRAS,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-05252 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Neville Porras E-37606
P.O. Box 689
YW-337
Soledad, CA 93960-0689

Dated: October 8, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

4