IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVILLE PORRAS,<br><br>        Petitioner,<br><br>   v.<br><br>BEN CURRY, Warden,<br><br>        Respondent.<br>_____/ | No. C 08-5252 CW (PR)<br><br>ORDER DENYING PETITIONER'S PENDING MOTION |

    In an Order dated August 27, 2010, the Court granted Neville Porras' <u>pro se</u> Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging the July 31, 2007 decision of the California Board of Parole Hearings to deny him parole.

    On September 24, 2010, Respondent filed a notice of appeal.

    Before the Court is Plaintiff's motion entitled, "Motion for Enlargement Upon Prisoner's Recognizance Without Security Pending Appeal Pursuant to F.R.A.P., Rule 23(c)," in which he requests the Court to "release him immediately."  (Pl.'s Mot. at 4.)

    On October 14, 2010, the Ninth Circuit Court of Appeals issued an Order granting Respondent's motion to stay this Court's August 27, 2010 Order.

    Because the Ninth Circuit granted Respondent's motion to stay, Petitioner's request to be released immediately is DENIED.  Accordingly, this Court DENIES Petitioner's motion entitled, "Motion for Enlargement Upon Prisoner's Recognizance Without Security Pending Appeal Pursuant to F.R.A.P., Rule 23(c)" (docket no. 23).

1 | This Order terminates Docket no. 23.
2 | IT IS SO ORDERED.
3 | Dated: 10/29/2010

                                    CLAUDIA WILKEN
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NEVILLE PORRAS,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-05252 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Neville Porras E-37606
CTF-Central
P.O. Box 689
YW-337U
Soledad, CA 93960-0689

Dated: October 29, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3