IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVILLE PORRAS, | No. C 08-5252 CW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AND DENYING HIS PENDING MOTION |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. / | |

In an Order dated August 27, 2010, the Court granted Neville Porras' pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging the July 31, 2007 decision of the California Board of Parole Hearings to deny him parole.

On September 24, 2010, Respondent filed a notice of appeal.

On October 14, 2010, the Ninth Circuit Court of Appeals issued an Order granting Respondent's motion to stay this Court's August 27, 2010 Order. The Ninth Circuit also denied Petitioner's motion for appointment of counsel on appeal.

On October 25, 2010, Petitioner filed his motion for leave to proceed in forma pauperis (IFP) on appeal.

On January 3, 2011, the Ninth Circuit granted Appellants' request for an extension of time to file their opening brief. Appellants' opening brief is due on January 18, 2011, and Petitioner's answering brief is due on February 17, 2011.

On December 23, 2010, Petitioner filed a letter in this Court requesting appointment of counsel on appeal.

On December 29, 2010, Petitioner filed a motion entitled, "Motion to Define and Interpret the Intent and Boundaries of the Stay Applied by the Ninth Circuit Court of Appeals on October 14,

2010, and Petitioner's Request that this Court Expedite the Matter Pending Therein."  He requests that the Court "expedite its ruling on the matter" because he is "forced to endure confinement after this court has determined him suitable for release . . . ."  (Pl.'s Mot. at 5.)

The Ninth Circuit has granted Respondent's motion to stay and is awaiting briefing from the parties.  This Court can neither interpret nor expedite the Ninth Circuit's rulings.  Therefore, the Court DENIES Petitioner's motion entitled, "Motion to Define and Interpret the Intent and Boundaries of the Stay Applied by the Ninth Circuit Court of Appeals on October 14, 2010, and Petitioner's Request that this Court Expedite the Matter Pending Therein" (docket no. 27).

When Petitioner first filed this action, he paid the district court filing fee; therefore, he was not proceeding IFP in this Court.  Petitioner does need permission to proceed IFP on appeal: Rule 24(a)(3) of the Federal Rules of Appellate Procedure, which provides that a party proceeding IFP in district court may continue in that status on appeal unless the district court certifies that the appeal is not taken in good faith, does not apply.  Although the Court notes that an intervening change in the law -- Swarthout v. Cooke, No. 10-333, slip op. at 1-7 (U.S. Jan. 24, 2011) -- may be dispositive of Petitioner's claim, his declaration in support of his application shows that he qualifies to proceed IFP.  Accordingly, his application (docket no. 24) is GRANTED.

Petitioner's request for appointment of counsel on appeal is DENIED.  The Ninth Circuit denied that request in its October 14, 2010 Order, and this Court will not re-visit the Ninth Circuit's

2

decision.

This Order terminates Docket nos. 24 and 27.

IT IS SO ORDERED.

Dated: 2/2/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NEVILLE PORRAS,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-05252 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Neville Porras E-37606
CTF-Central
P.O. Box 689
YW-337U
Soledad, CA 93960-0689

Dated: February 2, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk